1  Stuart Plunkett (SBN 187971)
   ALSTON & BIRD LLP
2  55 Second Street, Suite 2100
   San Francisco, CA 94105
3  Telephone: (415) 243-1000
   Email: stuart.plunkett@alston.com
4
   Theresa Conduah (SBN 338362)
5  Fatmeh Asal Saffari (SBN 322479)
   ALSTON & BIRD LLP
6  350 South Grand Avenue, 51st Floor
   Los Angeles, CA 90071
7  Telephone: (213) 576-1000
   Email: theresa.conduah@alston.com
8
   Jason D. Rosenberg (*pro hac vice* pending)
9  ALSTON & BIRD LLP
   1201 W Peachtree Street, Suite 4900
10 Atlanta, GA 30309
   Telephone: (404) 881-7000
11 Email: jason.rosenberg@alston.com

12 *Attorneys for Ferrara Candy Company*

13 Morgan Elizabeth Smith (SBN 293503)
   morgan.smith@finnegan.com
14 FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
15 3300 Hillview Avenue
   Palo Alto, CA 94304
16 Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
17
   Naresh Kilaru (pro hac vice)
18 naresh.kilaru@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
19 GARRETT & DUNNER, LLP
   901 New York Avenue, NW
20 Washington, DC 20001-4413
   Telephone: 202-408-4161
21 Facsimile: 202-408-4400

22 *Attorneys for Defendants*
   *3615 Market LLC*
23 *Three Steps Ahead, Inc.*
   *Nicholas Corwin*
24 *Ramin Sarup*

25 Fetaiaki Teaupa
   lb@jokesup.com
26
   *Pro se Defendant*
27

28

---

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO AMEND SCHEDULING ORDER
24-cv-07486-RFL

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FERRARA CANDY COMPANY<br><br>  Plaintiff,<br><br>  v.<br><br>3615 MARKET LLC, THREE STEPS AHEAD, INC., JOKES UP ICE KREAM, LLC, NICHOLAS CORWIN, FETAIAKI TEAUPA, and RAMIN SARUP,<br><br>  Defendants. | Case No. 3:24-cv-07486-RFL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**<br><br>Judge:       Hon. Rita F. Lin |

Plaintiff Ferrara Candy Company ("Plaintiff") and Defendants 3615 Market LLC Three Steps Ahead, Inc., Nicholas Corwin, Ramin Sarup, and Fetaiaki Teaupa ("Defendants") (collectively the "Parties") submit this Joint Stipulation and Proposed Order to Amend the Scheduling Order in accordance with the stipulated schedule set forth herein.

WHEREAS, the current deadline to notice depositions is July 18, 2025;

WHEREAS, the current fact discovery deadline is August 22, 2025;

WHEREAS, the Court issued an order on June 30, 2025, setting aside entry of default against Defendant Fetaiaki Teaupa and setting July 21, 2025, as the deadline to answer the complaint (Dkt. 67);

WHEREAS, the current Scheduling Order (Dkt. 30) does not allow the Parties to complete discovery in view of the Court's Order of June 30, 2025;

WHEREAS the Parties believe that a sixty (60) day extension of the discovery cut-off dates and deadlines set forth in the Scheduling Order is necessary and desirable to ensure adequate time for the Parties to conduct relevant discovery;

WHEREAS, for dates that fall on a Saturday or holiday, the Parties have moved the dates to the next day that does not fall on a weekend or holiday, and the Parties have made adjustments in accordance with Judge Lin's hearing and trial calendar dates;

1  WHEREAS, for these reasons, good cause exists to extend the discovery cut-off dates and certain scheduling order deadlines by sixty (60) days;

THEREFORE, the Parties hereby stipulate and agree to, and respectfully request that the Court amend the Scheduling Order as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Last Day to Notice Depositions | 7/18/2025 | 9/16/2025 |
| Close of Fact Discovery | 8/22/2025 | 10/21/2025 |
| Initial Expert Reports | 9/5/2025 | 11/4/2025 |
| Rebuttal Expert Reports | 9/26/2025 | 11/25/2025 |
| Close of Expert Discovery | 10/10/2025 | 12/9/2025 |
| Dispositive Motions | 10/28/2025 | 12/29/2025 |
| Dispositive Motion Hearing | 12/9/2025 | 2/10/2026 |
| Pretrial Conference | 2/10/2026 | 4/14/2026 |
| Jury Selection/Jury Trial | 3/9/2026 | 5/11/2026 |

All other provisions of the Scheduling Order shall remain in effect.

Date: July 11, 2025

ALSTON & BIRD LLP

By: */s/ Theresa Conduah*
Theresa Conduah
Attorneys for Ferrara Candy Company

Date: July 11, 2025

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: */s/ Naresh Kilaru*
Naresh Kilaru
Attorneys for Defendants
3615 Market LLC
Three Steps Ahead, Inc.
Nicholas Corwin
Ramin Sarup

Date: July 11, 2025                                        Fetaiaki Teaupa

                                          By:  */s/ Fetaiaki Teaupa*
                                                  Fetaiaki Teaupa
                                               *Pro se* Defendant

## **SIGNATURE ATTESTATION**

The undersigned attests that concurrence in the filing of the document has been obtained from each of the other signatories, consistent with Local Rule 5-1(i).

Date: July 11, 2025                                        By:  */s/ Theresa Conduah*
                                                                Theresa Conduah
                                                                Attorneys for Ferrara Candy Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 14, 2025  _____
Honorable Rita F. Lin
United States District Judge