Stuart Plunkett (SBN 187971)
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Email: stuart.plunkett@alston.com

Theresa Conduah (SBN 338362)
Fatmeh Saffari (SBN 322479)
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Email: theresa.conduah@alston.com
       asal.saffari@alston.com

Jason D. Rosenberg (*pro hac vice* pending)
ALSTON & BIRD LLP
1201 W Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Email: jason.rosenberg@alston.com

Attorneys for Ferrara Candy Company

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FERRARA CANDY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>3615 MARKET LLC, THREE STEPS AHEAD, INC., JOKES UP ICE KREAM, LLC, NICHOLAS CORWIN, FETAIAKI TEAUPA, and RAMIN SARUP,<br><br>　　　　Defendants. | Case No. 4:24-cv-07486-RFL<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF FERRARA CANDY COMPANY'S THIRD MOTION TO AMEND SCHEDULING ORDER** **AS MODIFIED**<br><br>Hon. Rita F. Lin |

- 1 -

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF FERRARA CANDY COMPANY'S THIRD MOTION TO AMEND SCHEDULING ORDER　　　　　　　　　　　　　　　　　　　　　　　　4:24-cv-07486-RFL

Having considered Plaintiff Ferrara Candy Company's Third Motion to Amend Scheduling Order, the accompanying Declaration of Theresa Conduah, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to amend the scheduling order is **GRANTED**;

2. The new deadlines are as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motions | 12/29/2025 | 2/2/2026 |
| Dispositive Motion Hearing | 2/10/2026 | 3/24/2026 |
| Pretrial Conference | 4/14/2026 | 6/16/2026 |
| Jury Selection/Jury Trial | 5/11/2026 | 7/13/2026 |

**IT IS SO ORDERED.**

Dated: December 22, 2025

_____
HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE