Stuart Plunkett (SBN 187971)
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Email: stuart.plunkett@alston.com

Theresa Conduah (SBN 338362)
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Email: theresa.conduah@alston.com

Jason D. Rosenberg (*pro hac vice* pending)
Ashleigh B. Harris (*pro hac vice*)
ALSTON & BIRD LLP
1201 W Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Email: jason.rosenberg@alston.com
       ashleigh.harris@alston.com

Attorneys for Ferrara Candy Company

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FERRARA CANDY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>3615 MARKET LLC, THREE STEPS AHEAD, INC., JOKES UP ICE KREAM, LLC, NICHOLAS CORWIN, FETAIAKI TEAUPA, and RAMIN SARUP,<br><br>Defendants. | Case No. 3:24-cv-07486-RFL<br><br>**[~~AMENDED PROPOSED~~] ORDER ON JOINT LETTER REGARDING DISCOVERY DISPUTE**<br><br>Hon. Rita F. Lin,<br>Referred to Magistrate<br>Judge Robert M. Illman |

On October 31, 2025, Plaintiff Ferrara Candy Company ("Ferrara") and Defendants 3615 Market LLC and Three Steps Ahead Inc. ("Defendants") submitted a joint letter to the Court (the "Letter") to compel the production of information and documents pursuant to Ferrara's Requests for Production No. 5, 6, 7, 8, and 9, and Interrogatories No. 5, 6, 7, 8, and 9. (Dkt. No. 94.) The Court held a hearing on January 8, 2026, to address the issues raised in the Letter.

Having read and considered the Letter and heard the parties, the Court hereby GRANTS Ferrara's discovery request and ORDERS that within fourteen (14) days of the entry of this Order:

1. Defendant 3615 Market LLC provides complete and verified responses to Plaintiff Ferrara Candy Company's Second Set of Interrogatories to Defendant (Nos. 18-24), served on November 16, 2025.

2. Defendant Three Steps Ahead Inc. provides complete and verified responses to Plaintiff Ferrara Candy Company's Second Set of Interrogatories to Defendant (Nos. 19-25), served on November 16, 2025.

IT IS SO ORDERED.

Dated: January 9, 2026

_____
Hon. Robert M. Illman
UNITED STATES MAGISTRATE JUDGE