Stuart Plunkett (SBN 187971)
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: (415) 243-1000
Email: stuart.plunkett@alston.com

Theresa Conduah (SBN 338362)
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Email: theresa.conduah@alston.com

Jason D. Rosenberg (*pro hac vice*)
Ashleigh B. Harris (*pro hac vice*)
ALSTON & BIRD LLP
1201 W Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Email: jason.rosenberg@alston.com
ashleigh.harris@alston.com

Attorneys for Ferrara Candy Company

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FERRARA CANDY COMPANY

Plaintiff,

v.

3615 MARKET LLC, THREE STEPS AHEAD, INC., JOKES UP ICE KREAM, LLC, NICHOLAS CORWIN, FETAIAKI TEAUPA, and RAMIN SARUP,

Defendants.

Case No. 3:24-cv-07486-RFL

**JOINT STIPULATION AND NOTICE OF DISMISSAL**

Hon. Rita F. Lin

**JOINT STIPULATION AND NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ferrara Candy Company ("Ferrara"), on one hand, and Defendants 3615 Market LLC, Three Steps Ahead, Inc., Nicholas Corwin, and Ramin Sarup (collectively, the "Remaining Defendants"), on the other hand, appearing through their counsel, hereby jointly give the Court notice that Ferrara and the Remaining Defendants have reached a settlement in this matter.

All claims and defenses asserted by any of the undersigned parties against any other undersigned party in the above-captioned action shall be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

Date: July 17, 2026

ALSTON & BIRD LLP

By: */s/ Theresa Conduah*
Theresa Conduah
Attorneys for Ferrara Candy Company

Date: July 17, 2026

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: */s/ Naresh Kilaru*
Naresh Kilaru
Attorneys for Defendants
3615 Market LLC
Three Steps Ahead, Inc.
Nicholas Corwin
Ramin Sarup

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 20, 2026

Honorable Rita F. Lin
United States District Judge

**SIGNATURE ATTESTATION**

The undersigned attests that concurrence in the filing of the document has been obtained from each of the other signatories, consistent with Local Rule 5-1(i).

Date: July 17, 2026

By: */s/ Theresa Conduah*
Theresa Conduah
*Attorneys for Ferrara Candy Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2026, the above and foregoing was filed with the Court through its CM/ECF system, which sent notice to all counsel of record.

Date: July 17, 2026

ALSTON & BIRD LLP

By: */s/ Theresa Conduah*
Theresa Conduah

*Attorney for Ferrara Candy Company*