UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERRARA CANDY COMPANY,<br>Plaintiff,<br>v.<br>3615 MARKET LLC, et al.,<br>Defendants. | Case No. 24-cv-07486-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 143 |

Ferrara Candy Company has moved for an order to show cause why Defendant Fetaiaki Teaupa, who is proceeding without the benefit of counsel, should not be held in civil contempt for violating the Permanent Injunction entered against him on November 20, 2025. The deadline for Teaupa to respond to the motion has passed, and Teaupa has not responded to Ferrara Candy's motion. Teaupa is hereby **ORDERED TO SHOW CAUSE by December 9, 2026** why he should not be held in contempt. That means Teaupa must submit a brief explaining any facts and arguments he wishes the Court to consider before deciding whether to hold him in contempt. Teaupa must attach any evidence he wishes the Court to consider to his brief. All factual allegations Teaupa wishes to make must be supported by a declaration, affidavit, or other sworn statements. Evidence such as photos or videos may also be attached if accompanied by a declaration explaining how the evidence was obtained. Teaupa is cautioned that if he does not produce any evidence rebutting Ferrara Candy's evidence, the Court will treat Ferrara Candy's evidence as undisputed and may take the matter under submission to be decided without an evidentiary hearing.

**RESOURCES AVAILABLE**

- **District Court Website:** The District Court website (https://cand.uscourts.gov/representing-

yourself) has information on representing yourself, including basic information on filing, definitions of common legal terms, and templates for use in civil cases.

- **Pro Se Handbook:** The District Court has produced a guide for pro se litigants called *Representing Yourself in Federal Court*, which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial. It is available electronically online (https://cand.uscourts.gov/representing-yourself/pro-se-handbook) or you may pick up a hard copy free of charge from the Clerk's Office.
- **Legal Help Center:** You may make an appointment to speak with an attorney who may be able to provide basic legal assistance, but not representation, by reaching out to the Legal Help Center. You may either call (415) 782-8982 or email fedpro@sfbar.org. This service is provided free of charge by the Bar Association of San Francisco.

**RULES OF THE COURT**

Below are some of the basic rules of which you should be aware. This list is not exhaustive, and you should refer to the Pro Se Handbook for additional rules of court and further explanations of the below rules.

- **Federal Rules of Civil Procedure:** These rules, which are available for free online (https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure), govern civil proceedings in all U.S. District Courts. Of particular note, Rule 8 requires all complaints to contain "a short and plain statement" of the grounds for jurisdiction and of the claim showing that the plaintiff is entitled to relief. An excessively long complaint violates this rule.
- **Civil Local Rules:** In addition to the Federal Rules of Civil Procedure, this District Court has its own set of Civil Local Rules that must be followed. They are available for free online at https://cand.uscourts.gov/rules-forms-fees/local-rules/civil-local-rules.
- **Standing Orders:** Judge Lin has a set of standing orders which must be followed as well. They are available for free online at https://www.cand.uscourts.gov/judges/lin-rita-f-rfl/. The Civil Standing Orders, which apply to this case, are available at

https://cand.uscourts.gov/media-library/uploads/standing-order/rfl/judge-lins-civil-standing-order. Except for summary judgment motions (25 pages), Judge Lin's Civil Standing Order limits motion and opposition briefs to 15 pages, and reply briefs to 10 pages. If this case proceeds to trial, the Civil Trial Standing Orders will also apply.

- **Electronic Filing:** Electronic filing ("e-filing") allows parties to file documents online instead of submitting hard copies to the Clerk's Office. Parties representing themselves are not required to use e-filing but may choose to do so. There are no registration costs and no fees for e-filing, but you must obtain court approval first. For more information and to request approval, visit https://www.cand.uscourts.gov/e-file/.
- **Artificial Intelligence:** Use of generative artificial intelligence tools is not prohibited, but parties must personally confirm for themselves the accuracy of any research conducted by these means. The Legal Help Center provides guidance on how to responsibly use artificial intelligence in your case: https://cand.uscourts.gov/representing-yourself/using-ai-tools-your-case.

**IT IS SO ORDERED.**

Dated: November 25, 2026

RITA F. LIN
United States District Judge